FILED

JAN 03 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Crystal Rose Mendez<br><br>Defendant. | Case No. 4:22-cr-00221-YGR-1<br><br>**ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release Crystal Rose Mendez from custody. Defendant is ordered to report to Probation on 1/4/2023 at 10:00am. Defendant is ordered to abide by all previously ordered terms and conditions of Probation.

DATED: January 3, 2023

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge